**STATE of Missouri, Respondent,**

v.

**Bruce E. HARRIS, Appellant.**

**No. WD 34999.**

Missouri Court of Appeals,
Western District.

Sept. 25, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Nov. 27, 1984.

Application to Transfer Denied
Jan. 15, 1985.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Deborah Neff, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and MANFORD and KENNEDY, JJ.

## ORDER

PER CURIAM:

This is a direct appeal from a jury conviction of robbery, first degree, in violation of Section 569.020, RSMo 1978.

The judgment is affirmed. Rule 30.25(b).